HENRY L. KIM*
CELINA M. CHO**
SEOUNG (JOSHUA) Y. LIM*
HYUNG (JAMES) S. KIM*
ARTHUR M. O'LEARY*
KYU HEE CHU*
KENDAL SIM*

\* Admitted in NY & NJ
\*\* Admitted in AZ only

**KIM, CHO & LIM, LLC**
Attorneys at Law

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
TEL 201.585.7400   FAX 201.585.7422

April 10, 2016

Via CM/ECF only:
Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      **RE: KIMM v. CHO, 2:15-cv-00029-SJF-ARL**

Dear Judge Feuerstein:

      As Your Honor is aware, this office represents Defendant, Kyu Sung Cho, in the above-referenced matter.

      The undersigned writes to inquire as to whether Your Honor intends to entertain Plaintiff's two (2) motions, which were filed on April 7, 2016: motion for pre-judgment interest under Rules 54 & 59 (ECF 50); and motion for Rule 11 relief (ECF 51). If Your Honor is so inclined, the undersigned respectfully requests a scheduling Order setting the deadlines for Defendant to respond.

      Thank you, Your Honor, for your time and consideration in this matter.

                                    Respectfully submitted,

                                    /s/ **Seoung (Joshua) Y. Lim**

                                    Seoung (Joshua) Y. Lim

SYL/ks

cc: Adam Garcia, Esq. – via CM/ECF